UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| ABDULLAHI HASSAN,<br><br>                Plaintiff,<br><br>vs.<br><br>SANFORD MEDICAL CENTER,<br><br>                Defendant. | 4:19-CV-04131-LLP<br><br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL |

On June 14, 2021, judgment was entered in favor of Defendant, Sanford Medical Center, and against Plaintiff, Abdullahi Hassan. Doc. 22. Hassan filed a notice of appeal and moves for leave to proceed in forma pauperis on appeal. Docs. 23, 24. "[I]n forma pauperis status does not require a litigant to demonstrate absolute destitution." *Lee v. McDonald's Corp.*, 231 F.3d 456, 459 (8th Cir. 2000). But in forma pauperis status is a privilege, not a right. *Williams v. McKenzie*, 834 F.2d 152, 154 (8th Cir. 1987). Federal Rule 24 of Appellate Procedure requires an appellant seeking to proceed in forma pauperis on appeal to so move in the district court and file an affidavit that shows the party's "inability to pay[,]" "claims an entitlement to redress[,]" and "states the issues that the party intends to appeal." Fed. R. App. P. 24(a)(1). After review of his financial affidavit, this Court finds that Hassan has insufficient funds to pay the $505 filing fee.

Accordingly, it is ORDERED:

1. That Hassan's motion for leave to proceed in forma pauperis on appeal, Doc. 24, is granted.

DATED July 22nd, 2021.

ATTEST:
MATTHEW W. THELEN, CLERK

BY THE COURT:

Lawrence L. Piersol
United States District Judge